**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LA'DARIUS JAMAAL CRENSHAW,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:25-cv-234-TFM-MU** |
| | ) | |
| **OFFICER JAMES BENTON, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM OPINION AND ORDER**

On July 23, 2026, the Magistrate Judge entered a report and recommendation which recommends that the Defendant's motion for summary judgment (Docs. 34, 35, 42) be granted and this action be dismissed with prejudice. *See* Doc. 44. After receiving an extension, Plaintiff timely filed objections to which Defendant timely responded. *See* Docs. 47, 49. The Report and Recommendation is ripe for review.

Having reviewed the objections, the Court finds that they do not overcome the well-reasoned analysis of the Magistrate Judge's report and recommendation. As such, they are overruled.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, the Defendant's motion for summary judgment (Docs. 34, 35, 42) is **GRANTED** and this case is **DISMISSED with prejudice**.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 29th day of September, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE